UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH E. BROWN-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV457 HEA |
| | ) | |
| ST. LOUIS COMMUNITY RELEASE | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion to respond to the Court's dismissal of this action. The issues raised in the motion are moot, and the motion will be denied as such.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's plaintiff's motion to respond to the Court's dismissal of this action [#10] is **DENIED** as moot.

Dated this 18th day of May, 2010.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE