UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH E. BROWN EL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10CV457 HEA |
| ST LOUIS COMMUNITY RELEASE CENTER, et al., | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on plaintiff's request for leave to present offer of proof. To the extent that the request seeks to introduce evidence, the matter is moot. To the extent that the request should be construed as a motion for reconsideration, it lacks legal merit. As a result, the request will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request for leave to present offer of proof [#13] is **DENIED**.

Dated this 4th day of June, 2010.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE